UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>                    Petitioner,<br><br>     v.<br><br>CLERK OF THE COURT, et al.,<br><br>                    Respondents. | CASE NO. C23-527-TL<br><br>**ORDER** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge and the record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Clerk is DIRECTED to administratively close this matter and to strike any pending applications and motions as moot.

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Tsuchida.

Dated this 12th day of April 2023.

Tana Lin
United States District Judge

ORDER - 1